IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jennifer L. Starr, :

    Plaintiff, :

v. : Case No. 2:07-cv-1145

Michael J. Astrue, : JUDGE SARGUS
Commissioner of     MAGISTRATE JUDGE KEMP
Social Security, :

    Defendant. :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on October 22, 2008 (#17). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

Date: 11-10-2008

Edmund A. Sargus, Jr.
United States District Judge