AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JENNIFER L. STARR,**

   **Plaintiff,**

             **JUDGMENT IN A CIVIL CASE**

**vs.**

**MICHAEL J. ASTRUE,**       **CASE NO. C2-07-1145**
**COMMISSIONER OF SOCIAL**    **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**            **MAGISTRATE JUDGE TERENCE P. KEMP**

   **Defendant.**

 ___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 _X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

  Pursuant to the Order filed November 10, 2008, JUDGMENT is hereby entered REMANDING this case to the Commissioner for further proceedings. This case is DISMISSED.

Date: November 10, 2008       JAMES BONINI, CLERK

                  /S/ Andy F. Quisumbing
                  (By) Andy F. Quisumbing
                  Courtroom Deputy Clerk